## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, ) ) ) | |
| | Civil Action No. 1:25-CV-01775 |
| Plaintiff, ) | |
| ) | Judge Keli M. Neary |
| v. ) | |
| ) | |
| CABINETS TO GO, LLC, ) | |
| ) | |
| Defendant. | |

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Robert M. Linn and Dentons Cohen & Grigsby P.C. on behalf of the Defendant Cabinets To Go, LLC. in the above-captioned action.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: /s/ *Robert M. Linn*
      Robert M. Linn
      Pa. I.D. No. 44777

625 Liberty Avenue – 5th Floor
Pittsburgh, PA 15222-3152
Ph:     (412) 297-4900
Fax:    (412) 209-1975
Email:  *robert.linn@dentons.com*

Dated: October 14, 2025
5388317.v1

*Counsel for Defendant, Cabinets To Go, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically on October 14, 2024.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


*/s/ Jonathan P. Sion*