IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABINETS TO GO, LLC,<br><br>Defendant. | )<br>)<br>)  Civil Action No. 1:25-CV-01775<br>)<br>)  Judge Keli M. Neary<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

Please enter the appearance of Jonathan P. Sion and Dentons Cohen & Grigsby P.C. on behalf of the Defendant Cabinets To Go, LLC in the above-captioned action.

                                       Respectfully submitted,

                                       DENTONS COHEN & GRIGSBY P.C.

                                       By: /s/ *Jonathan P. Sion*
                                                  Jonathan P. Sion
                                                  Pa. I.D. No. 334062

                                       625 Liberty Avenue – 5th Floor
                                       Pittsburgh, PA 15222-3152
                                       Ph:    (412) 297-4900
                                       Fax:   (412) 209-1975
                                       Email:  *jon.sion@dentons.com*

Dated:  October 14, 2025                   *Counsel for Defendant, Cabinets To Go, LLC*
5388286.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically on October 14, 2024.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Jonathan P. Sion*