# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individual and on behalf of all others similarly situated, | ) Case No. 1:25-CV-1775 ) ) Judge Keli M. Neary |
| Plaintiff, | ) ) |
| v. | ) ) |
| CABINETS TO GO, LLC, | ) ) |
| Defendant. | ) ) |

## DEFENDANT CABINETS TO GO, LLC'S CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Defendant Cabinets To Go, LLC ("CTG" or "Defendant") files this Consent Motion to Extend Deadline to Respond to Complaint, and in support thereof states as follows:

1. Defendant, with the consent of Plaintiff, respectfully moves for a 30-day extension of time to file an answer or otherwise respond to the Complaint.

2. On September 23, 2025, Plaintiff filed its Complaint against Defendant. (*See* ECF 1.) Plaintiff served Defendant with the Complaint on October 1, 2025. Counsel for the parties subsequently spoke and agreed, subject to Court approval, that Defendant would have thirty (30) additional days to respond to the Complaint.

-2-

3. Defendant respectfully requests an additional thirty (30) days to file a responsive pleading to allow its counsel to fully investigate the facts and legal issues presented in Plaintiff's complaint, which asserts four different causes of action arising under the federal Telephone Consumer Protection Act of 1991, 47 U.S.C. §227, *et seq.*, and the Texas Business and Commerce Code, §302.101.

4. The requested extension will not unduly delay these proceedings, nor will it prejudice the Defendant in any way. On the contrary, granting the motion will enable the parties to more fully investigate the factual and legal issues at the heart of this case so that they can better present their respective positions to the Court.

WHEREFORE, Defendant Cabinets To Go, LLC respectfully requests an extension of the deadline to respond to the Complaint up through and including November 21, 2025.

-3-

        Respectfully submitted,

        DENTONS COHEN & GRIGSBY P.C.

        By: */s/ Robert M. Linn*
            Robert M. Linn
            Pa. I.D. No. 44777
            Jonathan P. Sion
            Pa. I.D. No. 334062

        625 Liberty Avenue
        Pittsburgh, PA 15222-3152
        Ph: (412) 297-4900
        Fax: (412) 209-1975
        Email: *robert.linn@dentons.com*
                *jon.sion@dentons.com*

Dated: October 15, 2025        *Counsel for Defendant,*
5388082                          *Cabinets To Go, LLC*