### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individual and on behalf of all others similarly situated, | ) Case No. 1:25-CV-1775 )  ) Judge Keli M. Neary |
| Plaintiff, | ) ) |
| v. | ) ) |
| CABINETS TO GO, LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

AND NOW, this 15th day of October, 2025, upon consideration of Defendant's Consent Motion to Extend Deadline to Respond to Complaint, it is hereby ORDERED, that said Motion is GRANTED.

Defendant Cabinets To Go, LLC shall respond to the Complaint, either via motion or answer, by no later than November 21, 2025.

BY THE COURT:

/s/ Keli M. Neary
_____

Keli M. Neary
United States District Judge