IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individual and on behalf of all others similarly situated, | ) Case No. 1:25-CV-1775 <br> ) <br> ) Judge Keli M. Neary |
| Plaintiff, | ) |
| v. | ) |
| CABINETS TO GO, LLC, | ) |
| Defendant. | ) |

**DEFENDANT CABINETS TO GO, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant Cabinets To Go, LLC ("CTG"), by and through its undersigned counsel, submits this Corporate Disclosure Statement and states the following:

Defendant CTG is a Florida limited liability company with its principal place of business in Lawrenceburg, Tennessee. Its sole member is F9 Brands, Inc., a Florida Corporation. For purposes of diversity jurisdiction, Defendant CTG is a citizen of Florida and Tennessee. CTG certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: */s/ Robert M. Linn*
    Robert M. Linn
    Pa. I.D. No. 44777
    Jonathan P. Sion
    Pa. I.D. No. 334062

625 Liberty Avenue
Pittsburgh, PA 15222-3152
Ph: (412) 297-4900
Fax: (412) 209-1975
Email: *robert.linn@dentons.com*
      *jon.sion@dentons.com*

Dated: October 17, 2025
5390692.v1

*Counsel for Defendant,*
*Cabinets To Go, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was filed electronically on October 17, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert M. Linn