UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>CABINETS TO GO, LLC,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:25-CV-1775<br><br>(Judge Neary) |

**JOINT MOTION TO EXTEND**

Plaintiff Kelly Bland, individually and as a putative class representative, and Defendant Cabinets To Go, LLC (collectively, "the Parties"), hereby jointly move to extend their current deadline for submitting their joint case management plan, and in support thereof, state the following:

    1       In its scheduling order dated October 15, 2025, this Court directed the Parties to submit their joint case management plan five days before the scheduled case management conference on Wednesday, November 5, 2025. The Parties reasonably understand that under Rule 6(a)(1) of the Federal Rules of Civil Procedure, they would be required to file that document with the Court by Friday, October 31, 2025.

    2.      Because of pressing commitments and obligations in other cases, counsel for the Parties have not yet had an opportunity to work fully through all of the facts and issues necessary to complete their joint case management plan by tomorrow's deadline. However, they remain committed to finalizing the plan and submitting it to the Court in a timely manner in advance of the case management conference on November 5, 2025.

3. Accordingly, the Parties jointly request that the current deadline for submitting their joint case management plan be extended until Monday, November 3, 2025, two days before the case management conference.

4. The Parties respectfully submit that the requested extension will not unduly delay these proceedings or prejudice either Party in any way. On the contrary, they represent that they will be better able to present the Court with a reasonable, agreed-upon case management plan that will help the Court efficiently manage this case if they are afforded additional time to finalize this document for the Court's review.

WHEREFORE, for all of the foregoing reasons, the Parties hereto respectfully request that the Court grant this motion to extend their deadline for submitting their joint case management plan through Monday, November 3, 2025.

Respectfully submitted,

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Counsel for Plaintiff, Kelly Bland, individually and on behalf of other similarly situated*

/s/ Robert M. Linn
Robert M. Linn, Esq.
Jonathan P. Sion
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
Tel: (412) 297-4900 / Fax: (412) 209-1975
robert.linn@dentons.com
jonathan.sion@dentons.com
*Counsel for Defendant Cabinets to Go, LLC*

Date: October 28, 2025