# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CABINETS TO GO, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 1:25-CV-1775<br><br>(Judge Neary) |

## ORDER OF COURT

AND NOW, to wit, this _____ day of October, 2025, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Joint Motion to Extend is GRANTED extending the deadline for the parties to submit their Joint Case Management Plan through Monday, November 3, 2025.

BY THE COURT:

_____, J.