**CERTIFICATE OF SERVICE**

     I hereby certify that on October 28, 2025, the foregoing Joint Motion to Extend was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    /s/       Robert M. Linn