# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 1:25-CV-1775 <br><br> (Judge Neary) |
| Plaintiff, | |
| v. | |
| CABINETS TO GO, LLC, | |
| Defendant. | |

## DEFENDANT CABINETS TO GO, LLC'S MOTION TO DISMISS OR TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Cabinets To Go, LLC respectfully moves the Court to dismiss Plaintiff's Complaint for lack of personal jurisdiction. Alternatively, pursuant to 28 U.S.C. § 1404(a), Defendant respectfully moves this Court to transfer venue of this action to the Northern District of Texas. In support thereof, Defendant relies on the facts and legal authorities set forth in its accompanying Brief in Support.

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: */s/ Robert M. Linn*
    Robert M. Linn
    Pa. I.D. No. 44777
    Jonathan P. Sion
    Pa. I.D. No. 334062

625 Liberty Avenue
Pittsburgh, PA 15222-3152
Ph: (412) 297-4900
Fax: (412) 209-1975
Email: *robert.linn@dentons.com*
      *jon.sion@dentons.com*

Charles E. Dorkey, III
(*Pro Hac Vice Pending*)
Dentons US, LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Ph: (212) 768-5320
Fax: (212) 768-6800
Email: *charles.dorkey@dentons.com*

Dated: November 4, 2025

*Counsel for Defendant,
Cabinets To Go, LLC*

## **CERTIFICATE OF CONFERRAL**

I certify, pursuant to L.R. 7.1, that on October 30, 2025, the undersigned counsel and counsel for Plaintiff Kelly Bland met and conferred regarding the pleading deficiencies set forth in this Motion, but the parties were unable to resolve their disputes as of the filing of this Motion.

*/s/ Robert M. Linn*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed electronically on November 4, 2025.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                      */s/ Robert M. Linn*