# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | ) ) ) | CIVIL ACTION NO. 1:25-CV-1775 |
| | ) | (Judge Neary) |
| Plaintiff, | ) ) | |
| v. | ) | |
| CABINETS TO GO, LLC, | ) ) | |
| Defendant. | ) | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2025, after consideration of Defendant, Cabinets To Go, LLC's Motion to Dismiss or to Transfer Venue to the Northern District of Texas and its Brief in Support thereof, as well as any response thereto, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff's Complaint is dismissed as against Defendant, Cabinets To Go, LLC for lack of personal jurisdiction under Fed.R.Civ.P. 12(b)(2). [Venue in the above-captioned matter is hereby transferred to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).]

BY THE COURT:

_____
Hon. Kim Neary