# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CABINETS TO GO, LLC,<br><br>  Defendant. | CIVIL ACTION NO. 1:25-CV-1775<br><br>(Judge Neary) |

## DECLARATION OF MIKE WILSON IN SUPPORT OF MOTION TO DISMISS OR TRANSFER VENUE

I, Mike Wilson, hereby declare and state:

1. I am the Vice President for Store Operations for Defendant Cabinets To Go, LLC ("Cabinets To Go").

2. I make this declaration based on my personal knowledge and the files and records maintained in the regular course of business by Cabinets To Go.

3. Cabinets To Go is a Limited Liability Company registered in the state of Florida.

4. Cabinets To Go has its principal place of business at 2350 WO Smith Dr., Lawrenceburg, Tennessee 38464.

5. Cabinets To Go has showrooms across the United States, as indicated by the "Find A Store" section of its website. *See* Find a Store, Cabinets To Go (last visited Oct. 31, 2025) available at https://cabinetstogo.com/pages/showrooms.

6. Of its more than 100 showrooms, Cabinets To Go operates only three showrooms in the Commonwealth of Pennsylvania, namely in Monroeville, Wilkes-Barre, and Willow Grove.

Franklin, Tennessee

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2025.

*s/Mike Wilson*
Mike Wilson