# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY BLAND, individual and on behalf of all others similarly situated,** | : | **CIVIL ACTION NO. 1:25-CV-1775** |
| | : | **(Judge Neary)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CABINET TO GO, LLC,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 5th day of November, 2025, following a conference call with the parties on today's date, it is hereby ORDERED that:

1. The case management conference is CONTINUED to **11:30 a.m. on Wednesday, January 14, 2026**. The parties shall call-in to the conference call number **646-828-7666** using the phone conference ID **161 816 1093** and passcode **670889**. At the time the call is placed, counsel for all parties shall be on the line and prepared to proceed.

2. The parties are NOT required to engage in discovery until after the case management conference.

3. All other aspects of the court's scheduling order (Doc. 8) shall remain in full force and effect except as modified herein.

4. Plaintiff's oral request for extension of time to file a brief in opposition to the pending motion to dismiss is GRANTED and the deadline shall be **December 2, 2025.**

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania