# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CABINETS TO GO, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 1:25-CV-1775<br><br>(Judge Neary) |

## DEFENDANT CABINETS TO GO, LLC'S NOTICE OF CONSTITUTIONAL CHALLENGE OF STATUTE

Pursuant to Fed. R. Civ. P. 5.1(a), Defendant Cabinets To Go, LLC respectfully files this Notice to advise the Court that it has notified the Pennsylvania Office of Attorney General ("OAG") of its constitutional challenge in this action, noting the following:

1. This action was instituted by Plaintiff on September 23, 2025. (ECF No. 1.) Plaintiff's Complaint alleges violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Texas Business and Commerce Code § 302.101. (*See id.*)

2. On November 4, Defendant filed a Motion to Dismiss or Transfer Venue to Northern District of Texas and a Brief in Support. (ECF No. 14, 15.) In its motion, Defendant contends that Pennsylvania's statute, 42 Pa. C.S. § 5301 -- which requires corporations that register to conduct business in the state to submit

to Pennsylvania courts' jurisdiction -- is unconstitutional under the dormant Commerce Clause. (*See* ECF No. 15, at p.1.)

3. Because Defendant's filings raise a challenge to the constitutionality of this Pennsylvania statute, Defendant's counsel sent a letter, via email and certified mail, return receipt requested, pursuant to Fed. R. Civ. P. 5.2(a)(2) to the Pennsylvania OAG on November 6, 2025. This letter is attached hereto as Exhibit A.

4. In that letter, Defendant advised the Pennsylvania OAG, pursuant to Rule 5.1(a), that Defendant's Motion challenged the constitutionality of a state statute. (*See* Ex. A.) The letter also provided a copy of Plaintiff's Complaint, Defendant's Motion to Dismiss or Transfer Venue and its Brief in Support for the Pennsylvania OAG's review. (*Id.*)

5. Defendant believes that the foregoing letter satisfies its obligations under Rule 5.1(a). Defendant will also serve the OAG with a copy of this Notice via certified mail and email.

          Respectfully submitted,

          DENTONS COHEN & GRIGSBY P.C.

          By: */s/ Robert M. Linn*
              Robert M. Linn
              Pa. I.D. No. 44777
              Jonathan P. Sion
              Pa. I.D. No. 334062

625 Liberty Avenue
Pittsburgh, PA 15222-3152
Ph: (412) 297-4900
Fax: (412) 209-1975
Email: *robert.linn@dentons.com*
    *jon.sion@dentons.com*

Charles E. Dorkey, III
(*Admitted Pro Hac Vice*)
Dentons US, LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Ph: (212) 768-5320
Fax: (212) 768-6800
Email: *charles.dorkey@dentons.com*

Dated: November 7, 2025
5415249.v1

*Counsel for Defendant,*
*Cabinets To Go, LLC*

3