# EXHIBIT A



**Robert M. Linn**
Shareholder

robert.linn@dentons.com
D  412-297-4877

Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
United States

dentons.com

November 6, 2025

***Via Electronic Mail and***
***Certified Mail Return Receipt Requested***

Nicole DiTomo, Esq.
Chief Deputy Attorney General
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120
*nditomo@attorneygeneral.gov*
*OAGcivilservice@attorneygeneral.gov*

> **RE:    Notice of Constitutional Challenge pursuant to Federal Rule of Civil Procedure 5.1(a)(2) – *Bland v. Cabinets To Go, LLC* – Civil Action No. 1:25-CV-1775 (M.D. Pa.)**

Dear Ms. DiTomo:

Pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, Cabinets To Go, LLC -- defendant in the above-captioned action -- hereby serves notice of its constitutional challenge to 42 Pa. C.S. § 5301 raised in its Motion to Dismiss Complaint or Transfer Venue filed with the Court on November 4, 2025.  I have enclosed a copy of the Complaint as well as Defendant's Motion to Dismiss or Transfer Venue and its supporting Brief.

Please also note that the Parties participated in their initial joint case management conference with Judge Neary on November 5, 2025.  Judge Neary informed the Parties that her recusal may be necessary should the Office of Attorney General decide to intervene.  Judge Neary asked that we respectfully request a response from the Office of Attorney General regarding its decision on whether to intervene as soon as reasonably possible so that she can promptly make a decision on recusal.

**Puyat Jacinto & Santos ▸ Link Legal ▸Zaanouni Law Firm & Associates ▸ LuatViet ▸ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.



November 6, 2025
Page 2

dentons.com

Please reach out with any questions.  We look forward to your response. Thank you.

Sincerely,

DENTONS COHEN & GRIGSBY P.C.

By:
Robert M. Linn
Shareholder

Copies:    ***VIA ELECTRONIC MAIL***
charles.dorkey@dentons.com
mark.silver@dentons.com
jon.sion@dentons.com
*Counsel for Defendant*

a@perronglaw.com
*Counsel for Plaintiff*

Encls (3)