## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed electronically on November 7, 2025. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    I further certify that the foregoing was served upon the Pennsylvania Office of Attorney General via the methods described below:

*Via Email*:
Nicole DiTomo, Esq.
Chief Deputy Attorney General
nditomo@attorneygeneral.gov
OAG-civilservice@attorneygeneral.gov

*Via U.S. Certified Mail*:
Attn: Nicole DiTomo, Chief Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

                                                                       */s/ Robert M. Linn*