# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELLY BLAND, individual and on behalf of all others similarly situated,** | : | **CIVIL ACTION NO. 1:25-CV-1775** |
| | : | |
| | : | **(Judge Neary)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CABINETS TO GO, LLC,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 13th day of November, 2025, upon consideration of the notice (Doc. 19) of a constitutional challenge filed by defendant Cabinets to Go, LLC, wherein Cabinets to Go gives notice that it is arguing that 42 Pa. C.S. § 5301 is unconstitutional under the dormant Commerce Clause of the U.S. Constitution, and the court observing that 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1 require the court to certify to the Pennsylvania Attorney General when the constitutionality of a Pennsylvania statute has been called into question, and the court now certifying that the constitutionality of a Pennsylvania statute has been questioned in this action, it is hereby ORDERED that:

1.      The Clerk of Court is DIRECTED to email a copy of this Order to:

        oag-civilservice@attorneygeneral.gov.

2.      The Pennsylvania Attorney General may file a notice of intervention no later than **<u>Tuesday, January 6, 2025</u>**.

<u>/S/ KELI M. NEARY</u>
Keli M. Neary
United States District Judge
Middle District of Pennsylvania