# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABINETS TO GO, LLC,<br><br>Defendant. | Civil Action No. 1:25-cv-01775<br>(Hon. Keli M. Neary) |

### [PROPOSED ORDER DENYING] DEFENDANT CABINETS TO GO'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss and/or Transfer is hereby DENIED.

*BY THE COURT:*

_____

Hon. Keli M. Neary, J.