IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABINETS TO GO, LLC,<br><br>Defendant. | Civil Action No. 1:25-cv-01775<br>(Hon. Keli M. Neary) |

## MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW Plaintiff Kelly Bland, with the consent of Defendant Cabinets to Go LLC, and respectfully requests that this Court continue its status conference scheduled for January 14, 2026 until either January 16, 2026 or January 20, 2026. The reason for the request is due to multiple emergent scheduling conflicts with Plaintiff's counsel. Counsel for Defendant and Plaintiff have conferred and are jointly available on the two dates proposed above.

RESPECTFULLY SUBMITTED AND DATED this January 10, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: January 10, 2026

                                                    */s/ Andrew Roman Perrong*
                                                    Andrew Roman Perrong, Esq.
                                                    Perrong Law LLC
                                                    2657 Mount Carmel Avenue
                                                    Glenside, Pennsylvania 19038
                                                    Phone: 215-225-5529 (CALL-LAW)
                                                    Facsimile: 888-329-0305
                                                    a@perronglaw.com