IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CABINETS TO GO, LLC,<br><br>Defendant. | Civil Action No. 1:25-cv-01775<br>(Hon. Keli M. Neary) |

**[PROPOSED ORDER GRANTING]**
**MOTION TO CONTINUE STATUS CONFERENCE**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Motion to Continue is hereby GRANTED. The conference is rescheduled to _____.

*BY THE COURT:*

_____
Hon. Keli M. Neary, J.