IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all other similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>CABINETS TO GO, LLC,<br><br> Defendant. | Civil Action No. 1:25-cv-01775<br>(Hon. Keli M. Neary) |

## ORDER GRANTING
## MOTION TO CONTINUE STATUS CONFERENCE

AND NOW, this 12th day of January, 2026, it is hereby ORDERED that the Motion to Continue is hereby GRANTED. The conference is rescheduled to **Friday, January 16, 2026 at 11:00 a.m.** All other aspects of the court's scheduling order (Doc. 17) shall remain in full force and effect.

*BY THE COURT:*

/s/ Keli M. Neary
_____
Hon. Keli M. Neary, J.

1