# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | ) ) ) ) | CIVIL ACTION NO. 1:25-CV-1775 |
| Plaintiff, | ) ) | (Judge Neary) |
| v. | ) ) | |
| CABINETS TO GO, LLC, | ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR DISQUALIFICATION

Pursuant to 28 U.S.C. § 455(a), Defendant Cabinets To Go, LLC ("Cabinets To Go") respectfully moves to disqualify the Honorable Keli M. Neary from presiding over any further proceedings in this matter and for other relief. In support of its Motion, Defendant submits its Brief in Support of Motion for Disqualification, which is being filed contemporaneously with this motion. Defendant contacted Plaintiff in advance of the filing of this motion to determine if Plaintiff would consent pursuant to L.R. 7.1 and Plaintiff's counsel informed Defendant that "Plaintiff takes no position on the requested relief in this motion."

Respectfully submitted,

DENTONS COHEN & GRIGSBY P.C.

By: /s/ Robert M. Linn
       Robert M. Linn

Pa. I.D. No. 44777
Jonathan P. Sion
Pa. I.D. No. 334062

625 Liberty Avenue
Pittsburgh, PA 15222-3152
Ph: (412) 297-4900
Fax: (412) 209-1975
Email: *robert.linn@dentons.com*
     *jon.sion@dentons.com*

Charles E. Dorkey, III
(Admitted *Pro Hac Vice*)
Dentons US, LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Ph: (212) 768-5320
Fax: (212) 768-6800
Email: *charles.dorkey@dentons.com*

| | |
|---|---|
| Dated: January 21, 2026<br>#5460176 | *Counsel for Defendant,*<br>*Cabinets To Go, LLC* |

2

## **CERTIFICATE OF CONFERRAL**

I certify, pursuant to L.R. 7.1, that on January 20, 2026, counsel for Defendant conferred with counsel for Plaintiff regarding Defendant's Motion for Disqualification. Plaintiff's counsel advised that "Plaintiff takes no position on the requested relief in this Motion."

/s/     Robert M. Linn

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2026, the foregoing Defendant's Motion for Disqualification was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/     *Robert M. Linn*