# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | ) ) ) ) | CIVIL ACTION NO. 1:25-CV-1775 (Judge Neary) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CABINETS TO GO, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this ___ day of _____, 2026, after consideration of Defendant Cabinets To Go, LLC's Motion for Disqualification, its Brief in Support thereof, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. The above-captioned matter is hereby reassigned to the Honorable _____.

BY THE COURT:

_____
Hon. Keli M. Neary