# EXHIBIT A



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

January 6, 2026

Civil Litigation Section
15th Floor, Strawberry Square
Harrisburg, Pennsylvania 17120

<u>Sent Via Email to Chambers:</u>
Honorable Keli M. Neary
United States District Court
Middle District of Pennsylvania
1501 North 6th Street, Suite 101
Harrisburg, Pa 17102
Email: maureen_walker@pamd.uscourts.gov

    Re:    *Kelly Bland v. Cabinets to Go, LLC*, Case No. 1:25-CV-1775

Dear Judge Neary:

    I write on behalf of the Pennsylvania Office of Attorney General, which is in receipt of your Order identifying that the defendant, in the above referenced case, is arguing that 42 Pa. C.S. § 5301 is unconstitutional under the dormant Commerce Clause of the U.S. Constitution.

    Although you have provided the Office of Attorney General time to intervene in this action, our review of the matter notes that the challenge arises as part of defendant's motion to transfer this action to a Texas district court. The U.S. Supreme Court in *Leroy v. Great W. United Corp*, 443 U.S. 173, 180-81 (1979), has instructed that, in a situation like this, such a transfer is both permissible and advisable when the personal jurisdiction inquiry poses a novel constitutional question, thereby making a need to intervene in this matter premature at this procedural stage.

1

      We appreciate your communication pursuant to Federal Rule 5.1 and continue to remain available if you receive notice by a party drawing into questions the constitutionality of a state statute.

                                            Sincerely,

                                            */s/ Nicole R. DiTomo*

                                            Nicole R. DiTomo
                                            Chief Deputy Attorney General
                                            Civil Litigation Section

CC:
Andrew Perrong, Esquire
Email: a@perronglaw.com
*Counsel for Plaintiff*

Charles Dorkey, III, Esquire
Email: Charles.dorkey@dentons.com
Jonathan Sion, Esquire
Email: jon.sion@dentons.com
Robert Linn, Esquire
Email: Robert.linn@dentons.com
*Counsel for Defendant*