IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | ) ) ) ) | CIVIL ACTION NO. 1:25-CV-1775 |
| | ) | (Judge Neary) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CABINETS TO GO, LLC, | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Case Management Order ("CMO") dated January 16, 2026, Plaintiff Kelly Bland ("Plaintiff") and Defendant Cabinets To Go, LLC ("Defendant" or "Cabinets To Go") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report. The Parties submit this Joint Status Report addressing: (1) whether the Parties believe a conflict exists within the meaning of 28 U.S.C. § 455(a); (2) whether the Parties agree to consent to the jurisdiction of a Magistrate Judge; and (3) to propose mutually agreed upon dates and times for the scheduling of oral argument on Defendant's pending Motion to Dismiss or Transfer Venue.

**I.     Whether a Conflict Exists within the Meaning of 28 U.S.C. § 455(a)**

Defendant believes that a conflict exists within the meaning of 28 U.S.C. § 455(a) and, in accordance with that belief, filed a Motion for Disqualification and

Brief in Support on January 21, 2026.  (*See* ECF No. 28, 29.)  As required by Local Rule 7.1, Defendant sought concurrence of Plaintiff before filing its Motion for Disqualification and Plaintiff's counsel advised that "Plaintiff takes no position on the requested relief in this Motion."   Given that Plaintiff will not file a response, Defendant's Motion for Disqualification is fully briefed and pending before the Court.  The Parties are not presently requesting oral argument on the Motion because both Parties understand that Judge Neary intended to recuse upon a party's request.  (*See* Ex. A., Email Correspondence of Parties.)  However, the Parties are prepared to participate in a hearing before the Court if ordered.

**II.     Whether the Parties Agree to Consent to the Jurisdiction of a Magistrate Judge**

The Parties agree that they do not consent to the jurisdiction of a Magistrate Judge.

**III.    Proposed Dates for Oral Argument on Defendant's pending Motion to Dismiss or Transfer Venue**

The Parties have agreed on the following dates to hear oral argument via Zoom teleconference on Defendant's pending Motion to Dismiss or Transfer:

- February 26, 2026.

Given Defendant's pending Motion for Disqualification, the Parties are flexible in postponing oral argument on Defendant's Motion to Dismiss or Transfer Venue as necessary.

|  | Respectfully submitted, |
|---|---|
| By: */s/ Andrew M. Perrong*<br>Andrew M. Perrong<br>Pa. I.D. No. 333687<br>PERRONG LAW, LLC<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>Phone:  215-225-5529<br>Fax:       888-329-0305<br>Email:   a@perronglaw.com<br><br>*Counsel for Plaintiff* | By: */s/ Robert M. Linn*<br>Robert M. Linn<br>Pa. I.D. No. 44777<br>Jonathan P. Sion<br>Pa. I.D. No. 334062<br>DENTONS COHEN & GRIGSBY P.C.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>Ph:   (412) 297-4900<br>Fax: (412) 209-1975<br>Email: robert.linn@dentons.com<br>            jon.sion@dentons.com<br><br>Charles E. Dorkey III<br>(Admitted *Pro Hac Vice*)<br>Dentons US, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Ph:   (212) 768-5320<br>Fax: (212) 768-6800<br>Email: charles.dorkey@dentons.com<br><br>*Counsel for Defendant, Cabinets To Go, LLC* |