# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| **From:** | Andrew Perrong |
| **To:** | Linn, Robert |
| **Cc:** | Dorkey, III, Charles E. "Trip"; Silver, Mark A.; Sion, Jon |
| **Subject:** | Re: Ordered Matters - Bland v. Cabinets to Go |
| **Date:** | Tuesday, January 27, 2026 3:02:05 PM |

**[WARNING: EXTERNAL SENDER]**



I guess I'm a bit confused. I don't see why the court would schedule oral argument on the disqualification motion, since we haven't opposed it. Judge Neary said she would recuse herself without issue if either party requested it.
And, as she stated, when she does recuse, it will be assigned to some other judge for the oral argument.
We will agree to oral argument via Zoom and can do it on the 24, 25, or 26th of February, assuming that this is enough time for the new judge to get up to speed.
On Tue, Jan 27, 2026 at 2:58 PM Linn, Robert <robert.linn@dentons.com> wrote:

> Hi Andrew – Just circling back on scheduling. Any thoughts on what we had proposed on Friday about scheduling the two oral arguments?
>
> **Robert Linn**
> Shareholder
>
> D  +1 412 297 4877
>
> Pittsburgh
>
> ---
>
> **From:** Linn, Robert
> **Sent:** Friday, January 23, 2026 1:08 PM
> **To:** Andrew Perrong <a@perronglaw.com>
> **Cc:** Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>; Silver, Mark A. <mark.silver@dentons.com>; Sion, Jon <jon.sion@dentons.com>
> **Subject:** FW: Ordered Matters - Bland v. Cabinets to Go

Hi Andrew – On the scheduling front, we would propose that subject to court approval, the parties first deal with oral argument on the disqualification motion, and then have a second date for the argument on the motion to dismiss or transfer.  We think that is only logical, in that argument before Judge Neary on the second motion will become moot if she grants the first, and we would then have to move on to another judge with respect to the motion to dismiss or transfer.

If you agree with that sequencing, we would suggest, using your proposed dates as a starting point, that oral argument on the disqualification motion take place on February 17, and that if denied, then argument on the second motion take place on February 26.  We would agree to conduct any oral argument via Zoom.  It is likely that I will be handling the oral arguments, and generally speaking my schedule is better earlier in February than later.  If you have any availability earlier in the month, let us know and maybe we can adjust the schedule.

We look forward to your thoughts.

Thanks.

### Robert Linn
Shareholder

D  +1 412 297 4877

[Pittsburgh](#)

***

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Saturday, January 17, 2026 11:39 AM
**To:** Dorkey, III, Charles E. "Trip" <charles.dorkey@dentons.com>; *DOCKET.GENERAL.LIT.NYC <docket.general.lit.nyc@dentons.com>; Sion, Jon <jon.sion@dentons.com>; Linn, Robert <robert.linn@dentons.com>; DelSardo, Cathy <cathy.delsardo@dentons.com>; Chojecki, Joanne <joanne.chojecki@dentons.com>; Bukovac, Terri <terri.bukovac@dentons.com>

**Subject:** Ordered Matters - Bland v. Cabinets to Go

**[WARNING: EXTERNAL SENDER]**

Counsel,

We do not believe a conflict exists within the meaning of 28 U.S.C. § 455(a). Please advise as to your client's position. We do not consent to the jurisdiction of a Magistrate Judge. Finally, we will consent to oral argument being held by Zoom. Assuming that virtual dates are acceptable, we are available January 28, 29, February 17-20, and February 23-26.

--

Thank you kindly,

Andrew Perrong, Esq.

Perrong Law LLC

2657 Mount Carmel Avenue

Glenside, PA 19038

215-225-5529 (CALL-LAW)