**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2026, the foregoing Joint Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Robert M. Linn*