**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KELLY BLAND, individual and on behalf of all others similarly situated,** | : | **CIVIL ACTION NO. 1:25-CV-1775** |
| | : | |
| | : | **(Judge Neary)** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CABINETS TO GO, LLC,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 17th day of March, 2016, upon the request (Doc. 30 at 2) of the parties for oral argument on the motion (Doc. 14) to dismiss or transfer venue, it is hereby ORDERED that:

1. Oral argument on the motion (Doc. 14) to dismiss or transfer shall take place at **11:00 a.m., on April 28th, 2026**, in Courtroom 7A at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania 17102.

2. Each party shall be allotted no more than fifteen (15) minutes of argument.

3. Counsel may appear virtually by Zoom with the following credentials:

   a. Link: https://pamd-uscourts.zoomgov.com/j/1602519104?pwd=AqQIPouMxkkTZcaftfJfALvCeN211T.1

   b. Meeting ID: **160 251 9104**

   c. Passcode: **302104**

4.      No later than one week prior to the oral argument, the parties shall sent notice via email to Judge_Neary@pamd.uscourts.gov on whether they will be appearing remotely or in-person.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania