# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KELLY BLAND, individually and on behalf of all other similarly situated,

  Plaintiff,

v.

CABINETS TO GO, LLC,

  Defendant.

Civil Action No. 1:25-cv-01775
(Hon. Keli M. Neary)

## NOTICE OF SETTLEMENT

The Parties file this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a notice of dismissal within 60 days.

RESPECTFULLY SUBMITTED AND DATED this April 24, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date.

Dated: April 24, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

2