**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KELLY BLAND, individual and on behalf of all others similarly situated,** | : : : : | **CIVIL ACTION NO. 1:25-CV-1775** |
| | : | **(Judge Neary)** |
| **Plaintiff** | : : | |
| **v.** | : : | |
| **CABINETS TO GO, LLC,** | : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of April, 2026, it having been reported (Doc. 33) to the court that this matter has settled, it is hereby ORDERED that:

1. This case is DISMISSED without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated.

2. The parties are directed to submit, within sixty (60) days of the date of this order, a joint status report indicating whether dismissal of this action is with or without prejudice. Any such joint status report shall be considered binding on whether the dismissal is with or without prejudice and no further order shall be issued to clarify that fact.

3. If the parties fail to submit a status report by the above deadline, this order shall automatically operate as a dismissal with prejudice.

4. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania